1  Tharan Gregory Lanier (SBN 138784)
   tglanier@JonesDay.com
2  Nathaniel P. Garrett (SBN 248211)
   ngarrett@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:   +1.415.626.3939
5  Facsimile:   +1.415.875.5700

6  Joshua L. Fuchs (*Pro Hac Vice*)
   jlfuchs@jonesday.com
7  JONES DAY
   717 Texas Street, Suite 3300
8  Houston, TX 77002
   Telephone:   +1.832.239.3719
9  Facsimile:   +1.832.239.3600

10 J. Christopher Carraway (*Pro Hac Vice*)
   chris.carraway@klarquist.com
   Roy Chamcharas (*Pro Hac Vice*)
11 roy.chamcharas@klarquist.com
   Klaus H. Hamm (State Bar No. 224905)
12 klaus.hamm@klarquist.com
   John D. Vandenberg (*Pro Hac Vice*)
13 john.vandenberg@klarquist.com
   KLARQUIST SPARKMAN, LLP
14 121 SW Salmon Street, Suite 1600
   Portland, OR 97204
15 Telephone:   +1.503.595.5300
   Facsimile:   +1.503.595.5301

16 *Attorneys for Defendants SAP SE, SAP AMERICA, INC., and SAP LABS, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERADATA US, INC., | Case No. 3:20-cv-06127-WHO |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| v. | |
| SAP SE, SAP AMERICA, INC., and SAP LABS, LLC, | |
| Defendants. | |

For the reasons stated in Defendants' Notice of Motion and Motion to Dismiss Amended Complaint and Memorandum of Points and Authorities in Support, the Court holds as a matter of law that, (1) all asserted claims of the '000 patent are invalid for patent ineligibility under 35 U.S.C. § 101, and (2) the Amended Complaint fails to state a claim for indirect infringement of any patent. Accordingly, Defendants' Motion to Dismiss the Amended Complaint is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
Honorable William H. Orrick
United States District Judge