| | |
|---|---|
| Mark L. Whitaker (*Pro Hac Vice*) <br> MWhitaker@mofo.com <br> Mary Prendergast (CA BAR NO. 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Avenue, NW <br> Washington, D.C 20006-1888 <br> Telephone: (202) 887-1500 <br> Facsimile: (202) 887-0763 | Tharan Gregory Lanier (SBN 138784) <br> tglanier@JonesDay.com <br> Nathaniel P. Garrett (SBN 248211) <br> ngarrett@JonesDay.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA 94104 <br> Telephone: +1.415.626.3939 <br> Facsimile: +1.415.875.5700 |
| Jack W. Londen (CA BAR NO. 85776) <br> JLonden@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone: (415) 268-7000 <br> Facsimile: (415) 268-7522 | Joshua L. Fuchs (*Pro Hac Vice*) <br> jlfuchs@JonesDay.com <br> JONES DAY <br> 717 Texas Street, Suite 3300 <br> Houston, TX 77002 <br> Telephone: +1.832.239.3719 <br> Facsimile: +1.832.239.3600 |
| Roman Swoopes (CA BAR NO. 274167) <br> RSwoopes@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone: (650) 813-5600 <br> Facsimile: (650) 494-0792 | J. Christopher Carraway (*Pro Hac Vice*) <br> chris.carraway@klarquist.com <br> Roy Chamcharas (*Pro Hac Vice*) <br> roy.chamcharas@klarquist.com <br> Klaus H. Hamm (State Bar No. 224905) <br> klaus.hamm@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 SW Salmon Street, Suite 1600 <br> Portland, OR 97204 <br> Telephone: +1.503.595.5300 <br> Facsimile: +1.503.595.5301 |
| *Counsel for Plaintiff* <br> *Teradata US, Inc.* | *Attorneys for Defendants SAP SE, SAP AMERICA, INC., and SAP LABS, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAP SE, SAP AMERICA, INC., and SAP LABS, LLC, <br><br> Defendants. | Case No. 3:20-cv-06127-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CASE MANAGEMENT CONFERENCE** |

Teradata US, Inc. ("Teradata") filed its first amended complaint on November 13, 2020. (ECF No. 32.) SAP SE, SAP America, Inc., and SAP Labs, LLC (collectively "SAP") filed a motion to dismiss the first amended complaint on November 18, 2020. (ECF No. 34.) The hearing for SAP's motion to dismiss is currently noticed for December 23, 2020. (ECF No. 34.) Further, a case management conference is currently scheduled for December 1, 2020. (ECF No. 16.) In order to avoid burdening the Court and the parties during the holiday season, the parties jointly request that the Court continue the dates of the case management conference and hearing on SAP's motion to dismiss and extend the associated briefing deadlines on the motion to dismiss. Subject to the Court's approval, the parties HEREBY STIPULATE and agree through their respective counsel of record to the following schedule:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Deadline for Teradata to file its opposition to SAP's motion to dismiss. | December 2, 2020 | December 11, 2020 |
| Deadline for SAP to file a reply in support of its motion to dismiss. | December 9, 2020 | December 23, 2020 |
| Hearing date for SAP's motion to dismiss. | December 23, 2020 | January 6, 2020 (subject to the availability of the Court) |
| Case management conference. | December 1, 2020 | January 6, 2020 (subject to the availability of the Court) |

These dates have not been previously modified. Further, changing these dates will not affect the schedule for the rest of the case.

- 1 -

STIPULATION RE: SCHEDULE FOR MOTION TO DISMISS FIRST AMENDED COMPLAINT AND CMC
CASE NO. 3:20-CV-06127-WHO
sf-4379829

| | |
|---|---|
| Dated:  November 19, 2020 | Respectfully submitted, |
| | By:  */s/ Tharan Gregory Lanier*<br>     Tharan Gregory Lanier |
| | *Counsel for Defendants SAP SE, SAP AMERICA, INC., and SAP LABS, LLC* |
| Dated:  November 19, 2020 | Respectfully submitted, |
| | By:  */s/ Mark L. Whitaker*<br>     Mark L. Whitaker |
| | *Counsel for Plaintiff Teradata US, Inc.* |

## ECF ATTESTATION

I, Mark L. Whitaker, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

| | |
|---|---|
| Dated:  November 19, 2020 | By:  */s/ Mark L. Whitaker*<br>     Mark L. Whitaker |
| | *Counsel for Plaintiff Teradata US, Inc.* |

- 2 -

1

# [~~PROPOSED~~] ORDER

2   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4   Dated: November 20, 2020

_____
William H. Orrick
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28