Mark L. Whitaker (*pro hac vice*)
MWhitaker@mofo.com
Mary Prendergast (CA BAR NO. 272737)
MPrendergast@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Ste. 900
Washington, District of Columbia 20037
Telephone:   (202) 887-1500
Facsimile:   (202) 887-0763

Roman A. Swoopes (CA BAR NO. 274167)
RSwoopes@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:   (650) 813-5600
Facsimile:   (650) 494-0792

Jack W. Londen (CA BAR NO. 85776)
JLonden@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff/Counterclaim-Defendant
TERADATA US, INC. and Counterclaim-Defendant
TERADATA OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERADATA US, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>and<br><br>TERADATA OPERATIONS, INC.,<br><br>    Counterclaim-Defendant,<br><br>v.<br><br>SAP SE and SAP AMERICA, INC.,<br><br>    Defendants/Counterclaim-Plaintiffs,<br><br>and<br><br>SAP LABS, LLC,<br><br>    Defendant. | Case No. 3:20-cv-06127-WHO<br><br>**TERADATA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO DISMISS COUNTERCLAIMS ASSERTING THE INFRINGEMENT OF U.S. PATENT NOS. 7,814,044 AND 8,880,565**<br><br>Judge:    Hon. William H. Orrick<br>Date:     June 9, 2021<br>Time:     2:00 p.m.<br>Location: Courtroom 2, 17th Floor or via Video Conference |

# REQUEST FOR JUDICIAL NOTICE

TO DEFENDANTS/COUNTERCLAIM PLAINTIFFS AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff/Counterclaim-Defendant Teradata US, Inc. and Counterclaim-Defendant Teradata Operations, Inc. (collectively, "Teradata") hereby requests that, pursuant to Federal Rule of Evidence 201, the Court take judicial notice of the following documents attached as Exhibits 1-8 hereto.  The request is made in connection with Plaintiffs' Motion to Dismiss Counterclaims Asserting the Infringement of U.S. Patent Nos. 7,814,044 and 8,880,565.

*Excerpts from the Prosecution History of U.S. Patent No. 8,880,565 (the '565 Patent)*

| Exhibit | Description |
|---|---|
| 1 | December 4, 2013 Office Action (Non-Final Rejection) |
| 2 | May 2, 2014 Office Action (Notice of Allowance and Notice of Allowability) |

*Excerpts from the Prosecution History of U.S. Patent No. 9,977,796 (the '796 Patent)*

| Exhibit | Description |
|---|---|
| 3 | August 6, 2014 First Preliminary Amendment under 37 C.F.R. 1.115 |
| 4 | December 16, 2016 Office Action (Non-Final Rejection) |
| 5 | March 16, 2017 Amendment in Reply to Non-Final Office Action of December 16, 2016 |
| 6 | June 15, 2017 Office Action (Final Rejection) |
| 7 | August 15, 2017 Amendment in Reply to Final Office Action of June 15, 2017 with Request for AFCP 2.0 |
| 8 | January 25, 2018 Office Action (Notice of Allowance and Notice of Allowability) |

## BASIS FOR REQUESTING JUDICIAL NOTICE

Taking judicial notice of a fact is appropriate when it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."  Fed. R. Evid. 201(b)(2).  The court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c)(2).

1   Exhibits 1-8 are public documents and their accuracy is not subject to reasonable dispute.
2   Exhibits 1 and 2 are excerpts from the prosecution history of the '565 Patent and Exhibits 3-8 are
3   excerpts from the prosecution history of the '796 Patent.  Patent prosecution histories are
4   available to the public through the Patent Application Information Retrieval (PAIR) service of the
5   United States Patent and Trademark Office, accessible online at
6   https://portal.uspto.gov/pair/PublicPair.  Because patent prosecution histories are public records,
7   this Court may take judicial notice of them.  *See Coinstar, Inc. v. CoinBank Automated* Sys., 998
8   F. Supp. 1109, 1114 (N.D. Cal. 1998); *SEMICAPS Pte Ltd. v. Hamamatsu Corp.*, 393 F. Supp. 3d
9   802, 806 n.1 (N.D. Cal. 2019).  Furthermore, taking judicial notice of public records, such as the
10  prosecution histories attached to this motion, does not convert a Rule 12 motion into a motion for
11  summary judgment.  *See United States v. Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003); *Mir v. Little*
12  *Co. of Mary Hosp.*, 844 F.2d 646, 649 (9th Cir. 1988) ("[I]t is proper for the district court to 'take
13  judicial notice of matters of public record outside the pleadings' and consider them for purposes
14  of the motion to dismiss.")  (citation omitted).
15      For the foregoing reasons, the Court should take judicial notice of Exhibits 1-8 in
16  considering Teradata's Motion to Dismiss Counterclaims Asserting the Infringement of U.S.
17  Patent Nos. 7,814,044 and 8,880,565.

Dated:  April 19, 2021

MORRISON & FOERSTER LLP

By:  */s/ Jack W. Londen*
        Jack W. Londen

Attorney for Plaintiff/Counterclaim-Defendant
TERADATA US, INC. and Counterclaim-
Defendant TERADATA OPERATIONS, INC.