| | |
|---|---|
| Mark L. Whitaker (*Pro Hac Vice*) <br> MWhitaker@mofo.com <br> Mary Prendergast (CA BAR NO. 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Avenue, NW <br> Washington, D.C 20006-1888 <br> Telephone:    (202) 887-1500 <br> Facsimile:     (202) 887-0763 | Tharan Gregory Lanier (SBN 138784) <br> tglanier@JonesDay.com <br> Nathaniel P. Garrett (SBN 248211) <br> ngarrett@JonesDay.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA  94104 <br> Telephone:    +1.415.626.3939 <br> Facsimile:     +1.415.875.5700 |
| Jack W. Londen (CA BAR NO. 85776) <br> JLonden@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone:    (415) 268-7000 <br> Facsimile:     (415) 268-7522 | Joshua L. Fuchs (*Pro Hac Vice*) <br> jlfuchs@JonesDay.com <br> JONES DAY <br> 717 Texas Street, Suite 3300 <br> Houston, TX 77002 <br> Telephone:    +1.832.239.3719 <br> Facsimile:     +1.832.239.3600 |
| Roman Swoopes (CA BAR NO.  274167) <br> RSwoopes@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone:    (650) 813-5600 <br> Facsimile:     (650) 494-0792 <br><br> *Counsel for TERADATA US, INC. and TERADATA OPERATIONS, INC.* | J. Christopher Carraway (*Pro Hac Vice*) <br> chris.carraway@klarquist.com <br> Klaus H. Hamm (State Bar No. 224905) <br> klaus.hamm@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 SW Salmon Street, Suite 1600 <br> Portland, OR 97204 <br> Telephone:    +1.503.595.5300 <br> Facsimile:     +1.503.595.5301 <br><br> *Attorneys for SAP SE, SAP AMERICA, INC., and SAP LABS, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA US, INC., <br>     Plaintiff/Counterclaim-Defendant, <br> and <br> TERADATA OPERATIONS, INC., <br>     Counterclaim-Defendant, <br> v. <br> SAP SE, and SAP AMERICA, INC., <br>     Defendants/Counterclaim-Plaintiffs, <br> and <br> SAP LABS, LLC, <br>     Defendant. | **Case No. 3:20-cv-06127-WHO** <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR MOTION TO DISMISS SAP'S COUNTERCLAIMS** |

SAP SE and SAP America, Inc. (collectively "SAP") filed their Answer and Counterclaims on February 16, 2021. (ECF No. 55.) Teradata US, Inc. and Teradata Operations, Inc. (collectively "Teradata") filed a motion to dismiss SAP's counterclaims asserting the infringement of U.S. Patent Nos. 7,814,044 and 8,880,565 on April 19, 2021. (ECF No. 67.) Teradata noticed the hearing for its motion to dismiss for June 9, 2021. (*Id.*) Given the noticed hearing date and the needs for briefing the issues in the motion, the parties jointly request that the Court adjust the default dates for the briefing that would otherwise apply under Local Rule 7-3. Subject to the Court's approval, the parties HEREBY STIPULATE and agree through their respective counsel of record to the following schedule:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for SAP to file its opposition to Teradata's motion to dismiss. | May 3, 2021 | May 12, 2021 |
| Deadline for Teradata to file a reply in support of its motion to dismiss. | May 10, 2021 | May 24, 2021 |
| Hearing date for Teradata's motion to dismiss. | June 9, 2021 | June 9, 2021 |

These dates have not been previously modified. The proposed dates also provide more than fourteen days between the filing of the reply brief and the hearing. Further, changing these dates will not affect the schedule for the rest of the case.

Dated:  April 20, 2021                         Respectfully submitted,

                                               By:  */s/ J. Christopher Carraway*
                                                    J. Christopher Carraway

                                               *Counsel for Defendants/Counterclaim-Plaintiffs
                                               SAP SE and SAP AMERICA, INC., and for
                                               Defendant SAP LABS, LLC*

Dated:  April 20, 2021                         Respectfully submitted,

                                               By:  */s/ Jack W. Londen*
                                                    Jack W. Londen

                                               *Counsel for Plaintiff/Counterclaim-Defendant
                                               Teradata US, Inc., and for Counsel for
                                               Counterclaim-Defendant Teradata Operations, Inc.*

## ECF ATTESTATION

I, J. Christopher Carraway, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: April 20, 2021

By: /s/ *J. Christopher Carraway*
J. Christopher Carraway

*Counsel for Defendants/Counterclaim-Plaintiffs SAP SE and SAP AMERICA, INC., and for Defendant SAP LABS, LLC*

- 2 -

STIPULATION RE: SCHEDULE FOR MOTION TO DISMISS SAP'S COUNTERCLAIMS
CASE NO. 3:20-CV-06127-WHO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 21, 2021

_____
William H. Orrick
United States District Judge

- 1 -
[PROPOSED] ORDER ON STIP. RE: SCHEDULE FOR MOTION TO DISMISS SAP'S COUNTERCLAIMS
CASE NO. 3:20-CV-06127-WHO