| | |
|---|---|
| Mark L. Whitaker (*Pro Hac Vice*)<br>MWhitaker@mofo.com<br>Mary Prendergast (CA BAR NO. 272737)<br>MPrendergast@mofo.com<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, D.C 20006-1888<br>Telephone:  (202) 887-1500<br>Facsimile:  (202) 887-0763 | Tharan Gregory Lanier (SBN 138784)<br>tglanier@JonesDay.com<br>Nathaniel P. Garrett (SBN 248211)<br>ngarrett@JonesDay.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:  +1.415.626.3939<br>Facsimile:  +1.415.875.5700 |
| Jack W. Londen (CA BAR NO. 85776)<br>JLonden@mofo.com<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone:  (415) 268-7000<br>Facsimile:  (415) 268-7522 | Joshua L. Fuchs (*Pro Hac Vice*)<br>jlfuchs@JonesDay.com<br>JONES DAY<br>717 Texas Street, Suite 3300<br>Houston, TX 77002<br>Telephone:  +1.832.239.3719<br>Facsimile:  +1.832.239.3600 |
| Roman Swoopes (CA BAR NO. 274167)<br>RSwoopes@mofo.com<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, California 94304-1018<br>Telephone:  (650) 813-5600<br>Facsimile:  (650) 494-0792<br><br>*Counsel for TERADATA US, INC. and TERADATA OPERATIONS, INC.* | J. Christopher Carraway (*Pro Hac Vice*)<br>chris.carraway@klarquist.com<br>Klaus H. Hamm (State Bar No. 224905)<br>klaus.hamm@klarquist.com<br>John D. Vandenberg (*Pro Hac Vice*)<br>john.vandenberg@klarquist.com<br>KLARQUIST SPARKMAN, LLP<br>121 SW Salmon Street, Suite 1600<br>Portland, OR 97204<br>Telephone:  +1.503.595.5300<br>Facsimile:  +1.503.595.5301<br><br>*Attorneys for SAP SE, SAP AMERICA, INC., and SAP LABS, LLC* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA US, INC.,<br>    Plaintiff/Counterclaim-Defendant,<br>and<br>TERADATA OPERATIONS, INC.,<br>    Counterclaim-Defendant,<br>v.<br>SAP SE, and SAP AMERICA, INC.,<br>    Defendants/Counterclaim-Plaintiffs,<br>and<br>SAP LABS, LLC,<br>    Defendant. | **Case No. 3:20-cv-06127-WHO**<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: November 22, 2021                    Respectfully submitted,

                                                 By:   */s/ Tharan Greg Lanier*
                                                          Tharan Gregory Lanier

*Counsel for Defendants/Counterclaim-Plaintiffs SAP SE and SAP AMERICA, INC., and for Defendant SAP LABS, LLC*

Dated: November 22, 2021                    Respectfully submitted,

                                                 By:   */s/ Mark L. Whitaker*
                                                          Mark L. Whitaker

*Counsel for Plaintiff/Counterclaim-Defendant Teradata US, Inc., and for Counsel for Counterclaim-Defendant Teradata Operations, Inc.*

## ECF ATTESTATION

I, Tharan Gregory Lanier, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 22, 2021                    By:   */s/ Tharan Gregory Lanier*
                                                               Tharan Gregory Lanier

*Counsel for Defendants/Counterclaim-Plaintiffs SAP SE and SAP AMERICA, INC., and for Defendant SAP LABS, LLC*

STIPULATION RE: DISMISSAL WITH PREJUDICE
CASE NO. 3:20-CV-06127-WHO

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 23, 2021



William H. Orrick
United States District Judge

- 2 -

STIPULATION RE: DISMISSAL WITH PREJUDICE
CASE NO. 3:20-CV-06127-WHO